**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 01-6505**

---

JOHNNY R. HUFF,

Plaintiff - Appellant,

versus

L. M. SAUNDERS; L. W. HUFFMAN, Regional
Director, Virginia Department of Corrections;
DEBBIE SWISHER, a/k/a Debbie Fisher,

Defendants - Appellees.

---

Appeal from the United States District Court for the Western Dis-
trict of Virginia, at Roanoke. Jackson L. Kiser, Senior District
Judge. (CA-01-25-7)

---

Submitted:  July 26, 2001          Decided:  August 2, 2001

---

Before WILKINS, LUTTIG, and TRAXLER, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Johnny R. Huff, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Johnny R. Huff appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp. 2000) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Huff v. Saunders, No. CA-01-25-7 (W.D. Va. Mar. 14, 2001). Huff's motion for injunctive relief is denied. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED